UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SPINGOLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY UJDAR, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-00557-JSC<br><br>**SECOND ORDER OF SERVICE** |

Plaintiff, an inmate at the Alameda County Jail who is proceeding without representation by an attorney, filed this civil rights complaint under 42 U.S.C. § 1983 against Deputy Ujdar and Deputy Balone (or Balane) at the Alameda County Jail. Following review of the complaint under 28 U.S.C. § 1915A(a), the Court concluded Plaintiff's allegations, when liberally construed, state a claim capable of judicial determination against Defendants for using excessive force in violation of his constitutional rights, and ordered service upon Defendants at the Alameda County Jail. (ECF No. 8.) The United States Marshal made unsuccessful attempts to serve Defendants at the jail and at the Alameda County Board of Supervisors' Office. (ECF Nos. 13, 14.) County officials have informed the Clerk service on Defendants may be effectuated by addressing the summonses to the following address:

> Alameda County Sheriff's Office
> Internal Affairs & Civil Litigation Unit
> 3 Park Place, Third Floor
> Dublin, CA 94568.

Accordingly, the Court orders as follows:

1. The Clerk shall re-issue summonses and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the complaint with attachments, a copy of the order of serve, and a copy of this order on Deputy Ujdar and Deputy Balone (or Balane) at the above address.

2. The Clerk shall also mail a courtesy copy of the complaint with all attachments, a copy of the order of service, and a copy of this order to the Alameda County Counsel's Office.

3. All other provisions of the order of service (ECF 9:10-10:14) remain in effect, except for the deadlines for the dispositive motion briefing, which are extended as follows:

    a. Defendants' motion for summary judgment or other dispositive motion is due no later than **October 20, 2025.**

    b. Plaintiff's opposition to the motion for summary judgment or other dispositive motion, if any, shall be filed with the Court and served upon Defendants no later **November 17, 2025**.

    c. Defendants' reply is due no later than **December 1, 2025**.

**IT IS SO ORDERED.**

Dated: July 21, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge