UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SPINGOLA,

Plaintiff,

v.

DEPUTY UJDAR, et al.,

Defendants.

Case No. 25-cv-00557-JSC

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; DIRECTING DEFENSE COUNSEL TO FILE STATUS REPORT; DISMISSING UNSERVED DEFENDANT**

Re: Dkt. No. 28

**INTRODUCTION**

Plaintiff, an inmate at the High Desert State Prison who is proceeding in this case without representation by an attorney, filed this civil rights complaint under 42 U.S.C. § 1983 against Deputy Ujdar and Deputy Balone (or Balane) at the Alameda County Jail, where Plaintiff was formerly incarcerated. (ECF No. 1.) Following review of the complaint under 28 U.S.C. § 1915A(a), the Court concluded Plaintiff's allegations, when liberally construed, state a claim capable of judicial determination against both Defendants for using excessive force in violation of his constitutional rights, and ordered service upon them. (ECF Nos. 8, 15.) The Marshal served Defendant Ujdar at the location provided by the Alameda County Counsel (ECF No. 19), and Ujdar has filed a summary judgment motion (ECF No. 25). Plaintiff has not filed an opposition by the deadline (*see* ECF No. 26 (setting opposition deadline for January 21, 2026)), but has filed a motion "to compel" (ECF No. 27).

The Marshal was unable to serve Defendant Balone (or Balane) because the Alameda County Sheriff's Office of Internal Affairs could not locate a deputy by those names who works for the Sherriff's Department. (ECF No. 20.) Plaintiff received time to provide this deputy's correct name and location (ECF No. 26), but he has not done so.

For the reasons set forth below, the unserved deputy defendant is DISMISSED without

prejudice, Plaintiff's motion to compel is DENIED, and the Alameda County Counsel is ordered to take additional steps to facilitate Plaintiff's viewing of video recordings submitted as an exhibit to Udar's summary judgment motion.

**DISCUSSION**

    1.    <u>Motion to Compel and Summary Judgment Briefing</u>

An exhibit to Ujdar's summary judgment motion consists of four video recordings from body-worn cameras stored on a CD/DVD that was filed manually. (ECF Nos. 24; 24-2 at 24.) Because Plaintiff does not have ready access to video equipment and could not receive a CD/DVD in prison, the Alameda County Counsel's Office contacted HDSP officials to arrange his viewing; according to counsel's declaration, the HDSP Litigation Coordinator agreed to show Plaintiff the video recordings if they receive an order from the Court to do so. (ECF No. 25 at 4-5.) On December 9, 2025, the Court requested officials at HDSP show Plaintiff video recordings that are exhibits to Ujdar's summary judgment motion "as soon as reasonably practicable." (ECF No. 26.) Plaintiff has filed a motion "to compel" the HDSP Litigation Coordinator to show him the video recordings, which he states he has not yet seen. (ECF No. 27.) Defendants did not respond to this motion.

As explained in the prior order, the Court cannot order action by HDSP Litigation Coordinator because they are not a party to this case. (ECF No. 26.) Consequently, Plaintiff's motion to "compel" them to show him the video recordings must be denied. Nevertheless, as Ujdar's summary judgment motion relies heavily on these videos, Plaintiff needs access to them in order to fairly respond to the motion. Accordingly, on or before **April 8, 2026,** defense counsel shall submit a status report on Plaintiff's viewing of the video recordings, including whether they provided the HDSP Litigation Coordinator with a copy of the Court's order of December 9, 2025, any arrangements HDSP officials have made to provide Plaintiff an opportunity to view the recordings, and any other information related to this issue. At that stage, the Court will set a new deadline for Plaintiff's opposition and Defendant's reply.

    2.    <u>Unserved Defendant</u>

On December 9, 2025, the Court ordered Plaintiff to provide the name and location of the

United States District Court
Northern District of California

United States District Court
Northern District of California

Alameda County Sheriff's Deputy, identified in the complaint as Deputy Balone (or Balane), on or before January 21, 2026, and cautioned Plaintiff that his failure to do so, or show cause why not, will result in the dismissal of this Defendant without prejudice under Federal Rule of Civil Procedure 4(m). (ECF No. 26.) Plaintiff has not provided any information regarding the name or location of the unserved Defendant, nor has he shown cause why not. Accordingly, the claims against the unserved defendant will be dismissed without prejudice under Rule 4(m).

### CONCLUSION

For the foregoing reasons, the motion to compel is DENIED, the claims against the Defendant identified in the complaint as Deputy Balone (or Balane) are DISMISSED without prejudice, and the Alameda County Counsel's Office shall submit a status report, as described above, on or before **April 8, 2026.**

This order resolves docket number 28.

**IT IS SO ORDERED.**

Dated: March 24, 2026

JACQUELINE SCOTT CORLEY
United States District Judge